UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS - BOSTON

CASE NAME: Brown V. Pepe et, al,.
CASE NUMBER: #13-13123- RGS

## MOTION TO AMEND COMPLAINT

Now comes the plaintiff Manson Brown, acting in a pro'se capacity in the above-entitled matter. I hereby ask the court pursuant to Fed. R. Civ. P - rule 15 (a), to be allowed to amend my complaint.

I come to realize that I used the wrong title, "Amended Complaint" instead of a "Refiled Complaint." Also a change in the Preliminary Statement, and paragraph 7. Hoping that the court will allow me to correct those issues. Also, will you kindly send me a docket sheet of this modification, Thank you for your time and attention.

Respectfully Submitted

*Manson Brown*

Manson Brown Pro'se Plaintiff
M.C.I. Shirley (medium)
P.O. Box 1218
Shirley, Ma. 01464

Dated: 4/15/14