UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-13123-RGS

MANSON BROWN

v.

JOSEPH PEPE, ET AL.

ORDER ON MOTION FOR WAIVER OF
FURTHER PAYMENT OF FILING FEE

September 19, 2020

STEARNS, D.J.

After consideration of plaintiff Manson Brown's Motion to Waive Filing Fee [Dkt #61], the court ALLOWS the motion finding, under Brown's current financial circumstances and efforts to pay his court-ordered restitution, continued payment would create an unjust hardship. The Clerk is directed to provide a copy of this Order to the Superintendent at MCI Shirley, Kelly Ryan, and the accounting/finance department here at the court.

SO ORDERED.

/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE